# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Finkle, Diane | United States Bankrutpcy Court, District of Rhode Island | 04/30/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge- Full Time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Bankrutpcy Court, District of Rhode Island
Federal Building, 380 Westminster Street, 6th Fl.
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Officer, Employee and Shareholder | Winograd Shine Land & Finkle, P.C. (See Part VIII.) |
| 2. | Director, Officer and Employee | Winograd, Shine, & Zacks. P.C. (See Part VIII.) |
| 3. | Trustee | Winograd Shine Land & Finkle, P.C. 401 (K) Profit Sharing Plan, 401 (K) Profit Sharing Plan, (See Part VIII.) |
| 4. | Legal Guardian, healthcare only, pro bono basis; 2 individual wards | Cornerstone Adult Services, Inc.(See Part VIII.) |
| 5. | Secretary | Westcote Drive Association; unicorporated private association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Winograd Shine Land & Finkle, P.C.; employee benefits: disability, health and long term care insurance and 401 (K) Profit Sharing Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finkle, Diane | 04/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2012 | Winograd Shine Land & Finkle, P.C.- salary | $114,176.56 |
| 2. 2012 | Winograd Shine Land & Finkle, P.C.-employee benefits | $86,072.46 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Ursillo, Teitz & Ritch, Ltd.- salary and employee benefits |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Finkle, Diane** | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Winograd, Shine Land & Finkle, P.C. | Public reception in honor of appointment as bankruptcy judge | $7,098.88 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Coastway Community Bank | Commercial Real Estate Mortgage | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finkle, Diane | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Winograd Shine Land & Finkle, P.C, Stock; | | None | | | Sold | 08/31/12 | J | | Richard Land |
| 2. Ursillo, Teitz & Ritch Realty IV, Appraisal, 12/08/2011 | A | Dividend | L | Q | | | | | |
| 3. First Eagle Gold Fund Class A, Mutual Fund | A | Dividend | J | T | | | | | |
| 4. Wells Fargo, Common Stock; | A | Dividend | | | Sold | 10/12/12 | J | A | |
| 5. MFS Municipal Income Fund-A | C | Interest | L | T | | | | | |
| 6. Commonwealth Municipal Income Fund | C | Interest | M | T | | | | | |
| 7. UBS Pace Select Fund (IRA), Mutal Fund | A | Dividend | L | T | | | | | |
| 8. Sovereign/Santander Bank, Account- CD (X) | A | Interest | | | Matured | 09/07/12 | L | | |
| 9. Bank Rhode Island, Account | | None | J | T | | | | | |
| 10. Hartford Select Dimensions Fund, (Annuity) | B | Dividend | J | T | | | | | |
| 11. Phoenix Big Edge Plus, Mutual Fund, (Annuity) | B | Dividend | K | T | | | | | |
| 12. Great West Maxim Moderately Conser. Profile II, 401(K); X | F | Dividend | | | Distributed | 12/31/12 | P1 | | |
| 13. Fidelity FA Freedom 2020 I, 401(K)/Profit Sharing Plan | E | Dividend | O | T | | | | | |
| 14. Pioneer Value Fund A | A | Dividend | K | T | | | | | |
| 15. Ursillo, Teitz, & Ritch, Ltd. 12/08/11 | | None | K | U | | | | | |
| 16. American Express- Money Market Account | B | Interest | M | T | | | | | |
| 17. UBS Pace Select Fund, Mutal Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finkle, Diane | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS Pace Select Fund, Mutual Fund (IRA) | A | Dividend | L | T | | | | | |
| 19. UBS Pace Select Fund, Mutual Fund | B | Dividend | M | T | | | | | |
| 20. Capital One Money Market Account | A | Interest | J | T | | | | | |
| 21. Phoenix Big Edge Plus, Mutual Fund Annuity | B | Dividend | K | T | | | | | |
| 22. HSA Bank, Account | A | Interest | J | T | | | | | |
| 23. Bank Rhode Island Account, (CD) | A | Interest | | | Matured | 02/05/12 | M | | |
| 24. Great West Lifetime Advan. IRA, Mod. Consv.Profile II; (X) | | None | P1 | T | Open | 12/31/12 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1, page 1, Lines 1-3. I no longer held any of these postions on and after August 31, 2012.

Part I, page 1, Line 4- Position is as guradian for healthcare purposes only with no control over Ward's personal finances or financial estate. On and after October of 2012, I held these guradian positions for only 2 wards.

Part VII. page 1, Line 12- Funds in Winograd, Shine Land & Finkle 401 (K) Profit Sharing Plan were transferred and rolled over in their entirety as of December 31, 2012 to an individual IRA Account in my name entitled "Great-West Lifetime Advantage IRA-Traditional." Moderately Conservative Profile II Fund, with actual transfer date of this new account of January 2, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane Finkle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544